**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:  SCOTT R KLEHR and LESLIE A KLEHR  
Debtor(s)

Case No.: 15–44085  
Chapter 7

KEITH SAND  
Plaintiff(s)

Adv. Proc. No. 16–04033

v.

SCOTT R KLEHR  
LESLIE A KLEHR  
Defendant(s)

---

**CLERK'S NOTICE OF FEES DUE**

TO:  
KEITH SAND , Plaintiff(s)

The complaint commencing this adversary proceeding was filed on March 21, 2016 . The complaint was not accompanied by the required filing fee of $350.00.

You are hereby notified that the **$350.00** filing fee must be paid within 14 days of the date of this notice. If the filing fee is not paid on or before such date, an **order dismissing this proceeding will be entered immediately**, without hearing and without further notice to the parties to this proceeding, except as provided below.

The payment of the filing fee shall be made at the office of the Clerk of the United States Bankruptcy Court.

If this proceeding is dismissed, notice of the order of dismissal will be provided by the clerk to the debtor(s), the attorney for the debtor(s), the United States Trustee and all other parties to this proceeding.

Dated: 3/22/16

Lori Vosejpka  
Clerk, United States Bankruptcy Court

By: kristi  
Deputy Clerk

**mnbntfee** 8/15